JAMES R. TENERO (SBN 201023)
WENDY M. SCHENK (SBN 177397)
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA 94105-4537
Telephone : 415.979.0400
Facsimile : 415.979.2099
Email : jtenero@selmanlaw.com
wschenk@selmanlaw.com

SHERYL W. LEICHENGER (SBN 161688)
SELMAN BREITMAN LLP
11766 Wilshire Boulevard, Sixth Floor
Los Angeles, CA 90025-6538
Telephone : 310.445.0822
Facsimile : 310.473.2525
Email : sleichenger@selmanlaw.com

Attorneys for Plaintiff
EVEREST NATIONAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-SOUTHERN DIVISION

| | |
|---|---|
| EVEREST NATIONAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>SHIFTPIXY, INC,<br><br>Defendant. | Case No. 8:20-cv-02362-CJC-KES<br><br>ORDER FOR ENTRY OF STIPULATED AMENDED PROTECTIVE ORDER |
| SHIFTPIXY, INC,<br><br>Cross-Claimant,<br><br>v.<br><br>GALLAGHER BASSETT SERVICES, INC. and DOES 1 through 10, inclusive<br><br>Cross-Defendants. | |

# ORDER FOR ENTRY OF STIPULATED AMENDED PROTECTIVE ORDER

The STIPULATION FOR ENTRY OF AMENDED PROTECTIVE ORDER filed herein by the Parties (Dkt. 39) is approved and all parties shall comply with its provisions.

IT IS SO ORDERED

Dated: June 23, 2021

*Karen E. Scott*

Hon. Karen E. Scott
United States Magistrate Judge

Selman Breitman LLP
ATTORNEYS AT LAW

3062 49509 4815-6212-9135 .v1