James R. Tenero    (SBN CA 201023)
Wendy M. Schenk (SBN CA 177397)
SELMAN LEICHENGER EDSON HSU NEWMAN & MOORE LLP
33 New Montgomery, Sixth Floor
San Francisco, CA 94105-4537
Telephone: 415.979.0400
Facsimile: 415.979.2099
Email:            jtenero@selmanlaw.com
                  wschenk@selmanlaw.com

Sheryl W. Leichenger (SBN CA 161688)
SELMAN LEICHENGER EDSON HSU NEWMAN & MOORE LLP
11766 Wilshire Blvd., Sixth Floor
Los Angeles, CA 90025-6538
Telephone:       310.445.0800
Facsimile:       310.473.2525
Email:           sleichenger@selmanlaw.com

Attorneys for Plaintiff/Counterdefendant
Everest National Insurance Company

**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-SOUTHERN DISTRICT

| | |
|---|---|
| EVEREST NATIONAL INSURANCE COMPANY, | Case No. 8:20-cv-02362-HDV-KES |
| Plaintiff, | ORDER FOR ENTRY OF STIPULATED JUDGMENT |
| v. | |
| SHIFTPIXY, INC., | |
| Defendant. | |
| SHIFTPIXY, INC. | |
| Counterclaimant, | |
| v. | |
| EVEREST NATIONAL INSURANCE COMPANY, | |
| Counterdefendant. | |

1

ORDER FOR ENTRY OF STIPULATED JUDGMENT
Case No. 8:20-Cv-02362-HDV-KES

3062 49509 4891-8194-3644 .v2

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The Court, having read and considered the parties' Stipulation For Entry Of Judgment, and for good cause showing, hereby ORDERS as follows:

1. In accordance with the parties' Stipulation for Entry of Judgment, which is hereby incorporated by reference as if set forth in full, judgment in the amount of Eight Hundred Thousand Dollars ($800,000) is hereby entered in favor of Plaintiff/Counterdefendant, Everest National Insurance Company ("Everest National"), and against Defendant/Counterclaimant, ShiftPixy, Inc. ("ShiftPixy").

2. This stipulated judgment shall adjudicate all claims at issue in Everest National's Complaint and ShiftPixy's Counterclaim in the above-captioned action and shall be a final judgment entered in the above-captioned action.

3. This Court shall retain jurisdiction to enforce the terms of the stipulated judgment.

**IT IS SO ORDERED.**

Dated: July 12, 2023     By: _____
Honorable Hernán D. Vera
United States District Judge